UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DONG KIM,

      Plaintiff,                    Case No. 2:18-cv-11308-DPH-SDD

v.                                    Hon. Denise Page Hood

CAPITAL ONE BANK (USA), N.A.     Magistrate Stephanie Dawkins Davis

      Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41,

It is **ORDERED** that the case is **DISMISSED** with prejudice and without costs to any party.

Dated: 3/8/2019                                s/Denise Page Hood
                                                     DENISE PAGE HOOD
                                                     Judge, U.S. District Court

2

*We hereby stipulate to entry of the above order*:

/s/ *Erin L. Hoffman*
Erin L. Hoffman (MN 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
Email: erin.hoffman@faegrebd.com

    and

Ryan G. Milligan (P81435)
FAEGRE BAKER DANIELS LLP
311 S. Wacker Dr., Suite 4300
Chicago, IL 60606
Telephone: 312-212-6500
Facsimile: 312-212-6501
Email: ryan.milligan@faegrebd.com

*Counsel for Defendant*

*/s/ Jordan Z. Weiss* (with consent)
Jordan Z. Weiss (P74097)
JORDAN Z. WEISS, PLLC
32000 Northwestern Highway, Suite 275
Farmington Hills, MI 48334
Telephone: (248) 932-3500
Email: Jordan@jzwesq.com

*Counsel for Plaintiff*

2